IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (United States Coast Guard)     Plaintiff          v.  CORPORACION AZUCARERA DE PUERTO RICO, ET AL     Defendants | 97-CV-1810(PG) |

**NOTICE OF SATISFACTION OF JUDGMENT**

TO THE HONORABLE COURT:

Plaintiff through the undersigned attorneys hereby informs the Court that the Judgment issued in this case on September 14, 1998 against co-defendant Humberto Escabi-Trabal d/b/a Southwest Fuel, has been satisfied in full.

In San Juan, Puerto Rico this 25th day of January, 2005.

        H.S. GARCIA
        United States Attorney

    S/*Rebecca Vargas-Vera*
      REBECCA VARGAS VERA-203307
      Assistant U.S. Attorney
      350 Carlos Chardon Street
      Torre Chardon Bldg, Rm 1201
      Hato Rey, Puerto Rico 00918
      Tel. (787)766-5656